## United States District Court for the Middle District of Florida

Kane Family Ranch, LLC, )
a Florida limited liability company )
)
    Plaintiff, )
)
    -vs- ) CIVIL CASE 8:22-cv-1226-KKM-SPF
)
United States Department of )
Agriculture, )
Quail Creek Farms, Inc., )
Timothy Ward and David Ward, III )
)
    Defendants )

### Complaint

1. This is an action for damages that does not exceed $75,000.

2. Plaintiff is Kane Family Ranch, LLC, a Florida limited liability company with a mailing address of 3544 Remo Terrace, Sarasota, FL 34239

3. Plaintiff is the owner of 8048 Roberts Road, Ona, FL in Hardee County Florida, having purchased the property from defendant Quail Creek Farms, Inc.

4. Defendant is the United States Department of Agriculture (USDA), a federal administrative agency with an address of 4510 Oak Fair Blvd #100, Tampa, FL 33610

5. Defendant is Quail Creek Farms, Inc. and Florida Domestic corporation with a mailing address of 6902 E. 7th Avenue, Tampa, FL 33619

6. Defendant is David Ward, III, an adult individual with an address of 3335 SE 7th Avenue, Portland, OR 97202. Defendant Ward is also an officer and shareholder of defendant Quail Creek Farms, Inc.

7. Defendant is Timothy B. Ward, an adult individual with an address of 1925 Bayshore Boulevard, Tampa, FL 33606. Defendant Ward is also an officer and shareholder of defendant Quail Creek Farms, Inc.

8. At all times relevant hereto, the defendants and each of them were the agents, servants, workmen and employees of each of the defendants.

9. Jurisdiction is based upon the Federal Torts Claims Act 28 U.S.C. 2671 - 2680



10. Defendants Ward contacted the defendant USDA for the purpose of shooting and killing pigs and hogs.

11. As a result of being contacted by defendants Ward, defendant USDA authorized agents to shoot and kill pigs and hogs on the plaintiff's real property.

12. It is believed and therefore alleged that the defendants, and each of them authorized and conducted a feral swine hunt on plaintiff's real property. Defendants did not have the authorization or permission of plaintiff to conduct a feral swine hunt on plaintiff's property.

13. At that time and place defendants, and each of them, negligently and without the authorization of the plaintiff, shoot and killed approximately 75 of the plaintiff's pigs and hogs which were housed on plaintiff's property.

14. As a result of the actions of the defendants, and each of them, plaintiff suffered damages in that the pigs and hogs were shot and killed, loss of the care and maintenance of the pigs and hogs and replacement and clean-up of the dead pigs and hogs.

WHEREFORE plaintiff demands judgment for damages against defendants, and each of them, including costs and expenses of litigation and a trial by jury.

(7–Attorney's Name) *Ryan Kane Manager RK*

(8–Attorney's Address) *3544 San Remo Ter*

(9–Attorney's Phone Number) *Sarasota FL 34239*

Fla. Bar (10–Number)

Attorney for Plaintiff