UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KANE FAMILY RANCH, LLC,

    Plaintiff,

v.                                       Case No. 8:22-cv-1226-KKM-MRM

UNITED STATES DEPARTMENT
OF AGRICULTURE, QUAL CREEK
FARMS, INC., TIMOTHY WARD,
and DAVID WARD III,

    Defendants.

## ORDER

On July 2, 2022, the Court ordered Kane Family Ranch to obtain legal counsel and file the corporate disclosure and related forms no later than July 28, 2022. (Doc. 8); *see Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385 (11th Cir. 1985) ("[A] corporation is an artificial entity that can act only through agents, cannot appear pro se, and must be represented by counsel."). The Court warned the Ranch that its failure to do so would result in dismissal of this action. Because the Ranch has not complied as directed and may not proceed without counsel, the case is **DISMISSED WITHOUT PREJUDICE.** The Clerk is directed to terminate any pending motions and deadlines, enter judgment in favor of Defendants, and close this case.

ORDERED in Tampa, Florida, on August 1, 2022.

*Kathryn Kimball Mizelle*
Kathryn Kimball Mizelle
United States District Judge